PETITION UNDER USC § 2255 TO VACATE, SET ASIDE OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

AO 243 (Rev. 2/95)

| UNITED STATES DISTRICT COURT | | District: District of Minnesota CV 05-482JMR |
|---|---|---|
| Name of Movant: Keith Bernard Crenshaw | Prisoner No.: 09865-041 | Case No.: 02 CR 00013(1)JMR/FLN |
| Place of Confinement: U.S. Penitentiary Leavenworth Kansas | | |

UNITED STATES OF AMERICA V.

(name under which convicted)

MOTION with attachments

1. Name and location of court which entered the judgment of conviction under attack United States District Court District of Minnesota

2. Date of judgment of conviction December 4,2002

3. Length of sentence Life

4. Nature of offense involved (all counts) Aiding and Abetting Murder in Aid of Racketeering 18 U.S.C. §§ 2 and 1959

5. What was your plea? (Check one)
   (a) Not guilty ☐ XXX
   (b) Guilty ☐
   (c) Nolo contendere ☐
   If you entered a guilty plea to one count or indictment, and not a guilty plea to another count or indictment, give details:

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury ☐ XXX
   (b) Judge only ☐

7. Did you testify at the trial?
   Yes ☐ No ☐ XXX

8. Did you appeal from the judgment of conviction?
   Yes ☐ XXX No ☐

RECEIVED BY MAIL
MAR 04 2005
CLERK US DIST COURT MINNEAPOLIS MN

SCANNED
MAR 07 2005
U.S. DISTRICT COURT ST. PAUL

AO 243 (Rev. 2/95)

9. If you did appeal, answer the following:

(a) Name of court U.S. Court of Appeals for the Eighth Circuit

(b) Result Conviction affirmed

(c) Date of result March 2,2004

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any federal court?

Yes ☐ No ☐ XXX

11. If your answer to 10 was "yes," give the following information:

(a) (1) Name of court N/A

(2) Nature of proceeding N/A

(3) Grounds raised N/A

(4) Did you receive an evidentiary hearing on your petition, application or motion?

Yes ☐ No ☐ XXX

(5) Result N/A

(6) Date of result N/A

(b) As to any second petition, application or motion give the same information:

(1) Name of court N/A

(2) Nature of proceeding N/A

(3) Grounds raised N/A

AO 243 (Rev. 2/95)

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐ No ☒ XXX

(5) Result N/A

(6) Date of result N/A

(c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
(1) First petition, etc. Yes ☐ No ☐ XXX
(2) Second petition, etc. Yes ☐ No ☐ XXX

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

N/A

12. State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting the same.

Caution: If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.

(b) Conviction obtained by use of coerced confession.

AO 243 (Rev. 2/95)

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.

(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.

(e) Conviction obtained by a violation of the privilege against self-incrimination.

(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

(g) Conviction obtained by a violation of the protection against double jeopardy.

(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.

(i) Denial of effective assistance of counsel.

(h) Denial of right of appeal.

A. Ground one: Please see attached pages

Supporting FACTS (state *briefly* without citing cases or law)

Please see attached pages

B. Ground two: Please see attached pages

Supporting FACTS (state *briefly* without citing cases or law)

Please see attached pages

C. Ground three: Please see attached pages

Supporting FACTS (state *briefly* without citing cases or law)

Please see attached pages

AO 243 (Rev. 2/95)

D. Ground four: Please see attached pages

Supporting FACTS (state *briefly* without citing cases or law)

Please see attached pages

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: Actual innocence of the aiding and abetting RICO murder. Ineffective assistance of counsel prevented this claim from being previously presented.

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?

Yes ☐ No ☒XXX

15. Give the name and address, if known, of each attorney who represented you in the following stages of judgment attacked herein:

(a) At preliminary hearing Seamus Robert Mahoney and James Erwin Ostgard; Mahoney Law Office and Ostgard Law Office St. Paul and Minneapolis,MN.

(b) At arraignment and plea Same as above

(c) At trial Same as above

(d) At sentencing Same as above

AO 243 (Rev. 2/95)

(e) On appeal Same as above

(f) In any post-conviction proceeding N/A

(g) On appeal from any adverse ruling in a post-conviction proceeding
N/A

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
Yes ☐ No ☒XX

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐ No ☒XX

(a) If so, give name and location of court which imposed sentence to be served in the future: N/A

(b) Give date and length of the above sentence: N/A

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ☐ No ☒XX

Wherefore, movant prays that the Court grant petitioner relief to which he or she may be entitled in this proceeding.

Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

2-12-05
(Date)

Keith Crenshaw
Signature of Movant