CR 02-13 (1) JMR/FLN
USA
v.
Crenshaw

**AFFIDAVIT OF KEITH BERNARD CRENSHAW**

State of Kansas )
) ss
County of Leavenworth )

Comes Now,Keith Bernard Crenshaw,movant in this attached 2255 motion and make the following declaration:

1. I am the movant in the instant motion 28 U.S.C. § 2255 motion before this Honorable District Court.

2. I was one of three (3) co-defendants in case number CR 02-13 JMR/ESS.along with Tim McGruder and Kamil Johnson.

3. I was represented at trial and on appeal by attorney "Seamus Robert Mahoney".

4. At trial my trial counsel never once moved the court or the jury that I was actually and legally innocent of the charge of aiding and abetting murder in aid of racketeering. In that the government failed to establish a economic nexus between myself and the Rolling 60s Crips enterprise.

5. At trial my trial counsel never once moved to dismiss after the goverment failed to afford me the opportunity to confront the witness against Roosevelt Sanders.

6. At trial I had informed my trial counsel to call Roosevelt Sanders as a witness for my defense.

7. The information contained herein in this affidavit is true and correct to the best of my knowledge.



SCANNED
MAR 07 2005
U.S. DISTRICT COURT ST. PAUL

**AFFIDAVIT OF KEITH BERNARD CRENSHAW**

8. I,affiant Keith Bernard Crenshaw declare under penalty of perjury this affidavit and attached 2255 is true and correct.

Dated: 2-12-05

Respectfully submitted,

Keith Crenshaw

Keith Bernard Crenshaw,