CR02-13(1) JMR/FLN

USA v Crenshaw

# AFFIDAVIT OF KAMIL HAKEEM JOHNSON

State of Kansas )
) ss
County of Leavenworth )

**Comes Now,** Kamil Hakeem Johnson,affiant in this affidavit, and states the following:

1) I,Kamil Hakeem Johnson, state that I am of sound mind and sound state of health, and that I am of age being over twenty-one (21) years old.

2) I,Kamil Hakeem Johnson, state that this affidavit is of my own free will and doing,without any threats,coercions or fears.

3) I,Kamil Hakeem Johnson, being one of three (3) co-defendants in the case entitled: United States of America vs. Crenshaw,McGruder, and Johnson number CR 02-13 JMR/ESS.

4) I,Kamil Hakeem Johnson, state that co-defendant Keith Bernard Crenshaw was not a member of the Rolling 60's Crip enterprise as testified to at our trial.

5) I,Kamil Hakeem Johnson, state that co-defendant Keith Bernard Crenshaw had no knowledge of the gang war between the Rolling 60's Crips and the Bogus Boys Gang,that was the center of the case under CR 02-13.

6) I,Kamil Hakeem Johnson, state that the information contained in this affidavit is true and correct to the best of my knowledge.

Respectfully submitted,

Dated: 2-8-05

Kamil Hakeem Johnson

[signature]

[signature]

AUTHORIZED BY THE ACT OF JULY 7, 1955 TO ADMINISTER OATHS (18 USC. 4004)

SCANNED
MAR 07 2005
U.S. DISTRICT COURT ST. PAUL

**AFFIDAVIT OF KAMIL HAKEEM JOHNSON**

page (2)

Subscribed and sworn to before me

this__________day of__________________,2005.

____________________________

Notary Public