UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
02-CR-13(1) JMR/FLN
05-CV-482 JMR

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| | ) | |
| vs | ) | ORDER |
| | ) | |
| Keith Bernard Crenshaw | ) | |

The Court hereby directs the government to respond to petitioner's 2255 motion to vacate, set aside, or correct sentence by Monday, May 9, 2005.

IT IS SO ORDERED.

Dated: March 25, 2005

s/James M. Rosenbaum
JAMES M. ROSENBAUM
United States Chief District Judge