UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 02-13(1)(JMR/ESS)
Civil No. 05-482(JMR)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| v. | ) | |
| | ) | |
| KEITH BERNARD CRENSHAW,, | ) | |
| | ) | |
| Defendant. | ) | |

I hereby certify that on May 9, 2005, I caused the following documents

**OPPOSITION OF THE UNITED STATES TO CRENSHAW'S PETITION UNDER 28 U.S.C. § 2255**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of electronic filing to the following:

I further certify that I caused a copy of the foregoing document and the notice of electronic filing to be mailed by first-class mail, postage prepaid, to the following non-ECF participants:

Keith Bernard Crenshaw, Pro Se
09865-041
US Penitentiary
Box 1000
Leavenworth, KS 66048-1000

The undersigned certifies the attached document complies with the type-volume limitation of the Local Rules for the united States District Court for the District of Minnesota. The document was prepared using WordPerfect 9.

THOMAS B. HEFFELFINGER
United States Attorney

s/Jeffrey S. Paulsen
BY: JEFFREY S. PAULSEN
Assistant U.S. Attorney
Attorney ID Number 144332