In the
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

No. 02-4084MNST

Criminal

UNITED STATES OF AMERICA,

Appellee,

v.

KEITH BERNARD CRENSHAW,

Appellant.

Appeal from the United States District Court
for the District of Minnesota

# BRIEF OF APPELLANT AND ADDENDUM

JAMES E. OSTGARD
Attorney at Law, MN Reg. 83124
1925 Rand Tower
527 Marquette Avenue
Minneapolis, MN 55402
(612) 338-1015

ATTORNEY FOR APPELLANT

Exhibit 1

Crenshaw's nickname is Chumley). The police reports of the interview with Twana Williams mention only the name "Lee", and Diane conceded in her trial testimony that police were asking about "Lee" rather than a "Chum Lee." Lavern Christopher referred only to a "Lee" in her interviews with the police and her trial testimony. If the police misunderstood when they thought they heard Twana Williams say the name she heard was "Lee", it must be coincidence that Christopher had the same misunderstanding. Though Diane ultimately also gave the police the name Chumley, she never told the police in 1997, nor did she testify in 2002, that there had been any misunderstanding or that "Lee" and "Chumley" were the same person.

In conclusion, on the totality of this evidence, no reasonable jury should have concluded beyond a reasonable doubt that Keith Crenshaw participated in the shooting which caused the death of the girl.

**B. THE EVIDENCE WAS INSUFFICIENT TO PROVE KEITH CRENSHAW'S MOTIVE FOR PARTICIPATING IN THE SHOOTING WHICH CAUSED THE DEATH OF THE GIRL, AND MOTIVE IS AN ESSENTIAL ELEMENT OF THE OFFENSE.**

Mr. Crenshaw was charged with aiding and abetting the murder of Davisha Gillum for the purpose of gaining entrance into and maintaining and increasing his position in the Rolling 60s gang.

The government was required to prove Mr. Crenshaw was motivated, at least in part, to engage in the murder by his desire to gain entrance to the Rolling 60s gang, an enterprise

engaged in racketeering. *See* (T. VIII. 19 - 21).[7] The government failed to prove Mr. Crenshaw was so motivated.

Rico Williams, head of the Rolling 60s for ten years, said he didn't know what Mr. Crenshaw's relationship to the gang was. (T. 549). Rico was permitted to testify over defense objection, without foundation, that he believed Mr. Crenshaw was a member of two other gangs, but there was no evidence that either of these gangs was affiliated in any manner with the Rolling 60s.

Rico did testify that Mr. Crenshaw hung around a lot with the Rolling 60s (T. 549), but this claim was dubious when it got down to the details. Nobody saw Mr. Crenshaw at *any* time at 910 Edmund Avenue, for gang meetings or otherwise. Nor did anyone claim to have seen Mr. Crenshaw at *any* meeting at the Central High School stadium grounds. Rico testified that he never saw Mr. Crenshaw at either location. (T. 713). No one claims Mr. Crenshaw was selling drugs for or with the Rolling 60s gang.

No one claims to have seen Mr. Crenshaw before the very end of the Rondo Days festivities on July 20. Rico Williams testified that he did see Kamil Johnson, Timothy McGruder, and Maalik Harut, at different times during Rondo Days (T. 602), but he did not see Mr. Crenshaw. (T. 714). Diane Williams did not see Mr. Crenshaw during Rondo Days.

---

[7] The last two volumes of the trial transcript were not numbered in sequence with the preceding volumes.

No one testified that Mr. Crenshaw was ever present when Rico Williams issued orders to shoot at Bogus Boys. No one testified that they ever informed Mr. Crenshaw of Rico's order to shoot Bogus Boys.

Harut testified that when he, McGruder, Kamil Johnson, and Mr. Crenshaw began driving around upon leaving the drill team competition, "...there was a discussion of riding around, or whatever, looking for the Bogus Boys, because they were - pretty much everybody knew that they were still around in the neighborhood, because they'd been driving around earlier that day. So that was the discussion when we all got together after that, after the drill team." (T. 344). Harut testified that all four of them agreed to go looking for Bogus Boys. (T. 344). He also testified that when the other three bailed out of his car on Sherburne Avenue later that evening, he knew they were going off to shoot at the Bogus Boys they'd seen at the University Amoco station. Even this testimony, however, while evidence of an intent to assault Bogus Boys on the part of Mr. Crenshaw, does not supply evidence of a motive on Mr. Crenshaw's part to participate in the assault in order to gain entry into the Bogus Boys.

There was no evidence that Rico, Baby G, or any other member of the Rolling 60s engaged in any drug trafficking with Mr. Crenshaw. There is no evidence providing any reason that Mr.

Crenshaw would *want* or *need* to join the Rolling 60s.

The government attempted another route respecting this proof problem by introducing evidence that Keith Crenshaw was in prison during a period of time which overlapped with the prison term of Rolling 60s member Roosevelt Sanders. (T. 582). Rico offered his opinion that Mr. Crenshaw and Mr. Sanders grew closer during the four months they happened to be somewhere within the same prison together. (T. 583). Rico also testified that Mr. Crenshaw's mother lives in the Hanover Townhomes, as did Mr. Sanders, and that he believed Mr. Crenshaw was at Hanover a lot as a result. (T. 583).

Even assuming Mr. Crenshaw developed a closer friendship with a Rolling 60s member following a joint prison stint, this is limited authority for the proposition that Mr. Crenshaw would want to join his friend's gang badly enough to commit murder. If the opinion of one witness established Mr. Crenshaw's close friendship with one Rolling 60s member, no other evidence established Mr. Crenshaw's growing relationship with the gang itself. He didn't start coming to meetings, he didn't start selling drugs for the gang, and so forth.

Other evidence suggested that if Mr. Crenshaw wanted to get into the Rolling 60s, Mr. Sanders was the last member he'd want to connect with. Rico Williams testified that Sanders was a long time member of the Rolling 60s, but that he wasn't an "original

gangster" or 'OG'. (T. 638). And despite the gargantuan size of Rico's ten-kilos-per-month cocaine empire, spanning ten years, he sold drugs to Roosevelt Sanders for a total of one month. (T. 638).

Rico's brother, Baby G, didn't really even trust Sanders very much. (T. 901).

Even if the evidence had established Keith Crenshaw's presence and involvement in the murder, the best the evidence did with respect to the requirement of proof that Mr. Crenshaw was motivated to commit the crime by a desire to join the gang, was permit speculation.