**U.S. Department of Justice**

*United States Attorney*
*District of Minnesota*

*600 United States Courthouse*
*300 South Fourth Street*
*Minneapolis, MN 55415*
*www.usdoj.gov/usao/mn*
*(612)664-5600*

April 14, 2005

Seamus Mahoney, Esq.
Suite 700, 6 West 5th Street
Minneapolis, MN 55102

James E. Ostgard, Esq.
Suite 1925 Rand Tower
527 Marquette Avenue
Minneapolis, MN 55402

Re: United States v. Keith Bernard Crenshaw
Criminal No. 02-13(1)(JMR/ESS)

Dear Mr. Mahoney and Mr. Ostgard:

Enclosed is a copy of a section 2255 petition your former client, Keith Crenshaw, recently filed. Among other things, he claims that you rendered ineffective assistance in failing to call Roosevelt Sanders as a witness at trial. Petition at 17. He also claims that you failed to investigate whether he and Sanders were confined at the same institution during a relevant period of time. Petition at 27-28.

I am requesting a response to these allegations, in affidavit form, for use in my opposition to Crenshaw's petition. Judge Rosenbaum has ordered that the government file its opposition by May 9, 2005. I therefore request your affidavits by May 2, 2005.

Thank you for your attention to this matter. Please feel free to contact me if you have any questions.

Sincerely yours,

THOMAS B. HEFFELFINGER
United States Attorney

Jeffrey S. Paulsen

BY: JEFFREY S. PAULSEN
Assistant U.S. Attorney
Attorney ID Number 144332

JSP:ama
Enclosures

Exhibit 2