# Status History Report

**OID** 180499 **Name** CRENSHAW, KEITH BERNARD

| Date | Time | Status | Status Type | Authority | Status Location |
|---|---|---|---|---|---|
| 03/28/1996 | 12:08:03 | SUPV REL | HRU ACTN | MCF-FRB | RAMSEY Released From FRB |
| 07/13/1995 | 06:59:11 | INCARCER | TEM RTRN | MCF-FRB | MCF-FRB |
| 07/13/1995 | 06:52:24 | JAIL | MOVEMENT | MCF-FRB | HENNEPIN |
| 04/03/1995 | 15:49:00 | INCARCER | TRANSFER | MCF-FRB | MCF-FRB Transferred |
| 04/03/1995 | 15:48:46 | INCARCER | TRANSFER | MCF-SCL | MCF-SCL |
| 01/19/1995 | 23:59:59 | INCARCER | TRANSFER | MCF-SCL | MCF-SCL |
| 01/19/1995 | 17:48:01 | INCARCER | COMMIT | MCF-LL | MCF-LL |



Exhibit 3

GOVERNMENT EXHIBIT 41 02-13 (JMR)

# Status History Report

**OID** 183226 **Name** SANDERS, ROOSEVELT

| Date | Time | Status | Status Type | Authority | Status Location |
|---|---|---|---|---|---|
| 05/01/2002 | 08:55:00 | INCARCER | COMMIT | MCF-SCL | MCF-SCL |
| 09/14/1997 | 15:56:00 | DISCHGE | DSCHG EX | DOC | MN |
| 08/06/1997 | 07:41:52 | ISR | HRU ACTN | CCA CO | RAMSEY |
| 07/23/1997 | 10:02:13 | FUG APP | HRU ACTN | CCA CO | RAMSEY |
| 07/22/1997 | 07:51:29 | FUGITIVE | ABSCONP | CCA CO | UK |
| 06/16/1997 | 14:57:22 | ISR | TRANSFER | CCA CO | RAMSEY |
| 06/16/1997 | 14:57:05 | ISR | HRU ACTN | MCF-LL | RAMSEY |
| 10/11/1996 | 13:50:28 | INCARCER | RELR WNS | MCF-LL | MCF-LL returned to LL |
| 10/11/1996 | 13:50:21 | FUG APP | TRANSFER | MCF-LL | HENNEPIN |
| 09/15/1996 | 15:52:23 | FUG APP | HRU ACTN | CCA CO | HENNEPIN |
| 09/15/1996 | 10:33:44 | FUGITIVE | ABSCONP | CCA CO | UK |
| 06/17/1996 | 10:33:28 | FUGITIVE | ABSCONP | CCA CO | UK |
| 06/17/1996 | 10:10:43 | SUPV REL | TRANSFER | CCA CO | RAMSEY Released FRB |
| 06/17/1996 | 10:09:53 | SUPV REL | HRU ACTN | MCF-FRB | RAMSEY |
| 12/06/1995 | 16:06:11 | INCARCER | TRANSFER | MCF-FRB | MCF-FRB Transferred MCF-FRB |
| 12/06/1995 | 16:06:02 | INCARCER | TRANSFER | MCF-STW | MCF-STW |
| 08/08/1995 | 23:59:59 | INCARCER | TRANSFER | MCF-STW | MCF-STW |
| 08/08/1995 | 23:00:00 | INCARCER | TRANSFER | MCF-LL | MCF-LL |
| 08/07/1995 | 19:08:31 | INCARCER | COMMIT | MCF-LL | MCF-LL |