**CERTIFICATE OF SERVICE**

I, movant Keith Bernard Crenshaw certify that on this 20th day of May,2005, I mailed one true copy of, Movant's Reply to Government's Response, first class mail, postage prepaid from the federal penitentiary mailroom Leavenworth,Kansas to:

Office of U.S. Attorney
Jeffrey S. Paulsen
Assistant U.S. Attorney #144332
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Respectfully submitted,

Keith Crenshaw

Keith Bernard Crenshaw
Reg. No. 09865-041
P.O. Box 1000
United States Penitentiary
Leavenworth, Kansas 66048