02 CR13 JMR/

* * * **CERTIFICATE OF SERVICE** * * *

I hereby Certify that a true and correct copy of the foregoing document was served via U.S. postal service, postage fully pre-paid, on this 4 day of ~~AUG~~/SEPT, 2005, to the following adverse party:

JEFFREY S. PAULSON, A.U.S.A.
U.S. ATTORNEY'S OFFICE
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN. 55415

Keith Crenshaw
Keith B. Crenshaw
Reg. No.
U.S.P. Terre Haute II
P.O. Box 12015
Terre Haute, Indian 47801

SCANNED
SEP 12 2005
U.S. DISTRICT COURT MPLS