# IN THE
# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESSOTA

RECEIVED BY U.S. MAIL
2005 SEP -9 AM 9:04
U.S. DIST. COURT
MINNEAPOLIS, MN

UNITED STATES OF AMERICA,
Plaintiff,

02-CR-13 (JMR/ESS)

- V -

05-CV-432 (JMR/JSM)

KEITH B. CRENSHAW,
Defendant.

---

## AFFIDAVITT OF KEITH B. CRENSHAW

---

*STATE OF INDIANA*

*:SS.*

*COUNTY OF VIGO*

**BEFORE ME**, the undersigned NOTARY PUBLIC, on this day personally appeared KEITH B. CRENSHAW, known to me to be the person whose name is subscribed to on this Affidavit, who being by me sworn on his oath, deposed and said:

SCANNED
SEP 12 2005
U.S. DISTRICT COURT MPLS

1.) My true legal name is KEITH BERNARD CRENSHAW; my

Federal Register Number is 09865-041;

2.) The first week of August 2005, I was transfered from U.S. Penitentiary Leavenworth, Kansas to U.S. Penitentiary Terre Haute II, P.O. Box 12015, Terre Haute, Indiana 47801;

3.) On August 24, 2005, I recieved a copy of the Court's Order of August 2, 2005, denying my Section 2255 Motion. (See, Exhibit 'A' hereto.)

**AFFIANT SAYETH FURTHER NAUGHT.**

Keith Crenshaw
Keith B. Crenshaw, Affiant

**SUBSCRIBED** and **SWORN** to before me on this 31 day of August, 2005.

D. McCarthy
Notary Public, State of Indiana

5-20-2009
My Commission Expires