# * * * CERTIFICATE OF SERVICE * * *

I hereby Certify that a true and correct copy of the foregoing document "DEFENDANT'S MOTION FOR *NON PRO TUNC* CONSIDERATION OF ORDER DATED AUGUST 2, 2005, PURSUANT TO FED. R. CIV. P. 59(e)" was served via U.S. postal service, postage fully pre-paid, on this 4 day of ~~AUG~~/SEPT, 2005, to the following adverse party:

JEFFREY S. PAULSON, A.U.S.A.
U.S. ATTORNEY'S OFFICE
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN. 55415

Keith Crenshaw

Keith B. Crenshaw
Reg. No.
U.S.P. Terre Haute II
P.O. Box 12015
Terre Haute, Indian 47801