RECEIVED
BY MAIL
OCT 19 2005
CLERK, US DIST. COURT
ST. PAUL, MN

UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

UNITED STATES OF AMERICA,

v.

KEITH BERNARD CRENSHAW

Case Nos. 02-CR-12(1)
05-CV-482

NOTICE OF APPEAL
OF THE COURT'S OCTOBER 12, 2005 ORDER

Notice is hereby given that the undersigned pro se Defendant hereby appeals to the United States Court of Appeals for the Eighth Circuit from the Court's October 12, 2005, order (see attached order).

Notice has been given.

Dated: 10-16-05

Respectfully submitted,

Keith Crenshaw
Keith B. Crenshaw

CERTIFICATE OF SERVICE

I hereby certify that a true correct copy of the foregoing was served, via U.S. Mail, postage fully paid, on this 15th day of October, 2005, on the following:

Clerk U.S. District Court
#Room 700 Federal Bldg.
316 N. Robert St.
St. Paul, Mn 55101-1460

Keith Crenshaw
Keith B. Crenshaw