UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
02-CR-13(1)(JMR/ESS)
05-CV-482 (JMR/JSM)

United States of America )
)
v. ) ORDER
)
)
Keith Bernard Crenshaw

Defendant asks the Court to reconsider its denial of his petition under 28 U.S.C. § 2255 [Docket No. 226], and to amend his petition [Docket No. 227].

After a review of the record, the Court denies defendant's motions.

The Court again considers whether defendant is entitled to a certificate of appealability pursuant to 28 U.S.C. § 2253(c) [Docket No. 198]. Having reviewed defendant's submissions, the Court concludes that no issue raised therein is "debatable among reasonable jurists." Flieger v. Delo, 16 F.3d 878, 882-83 (8th Cir. 1994) (citation omitted). Because defendant has not made the "substantial showing of the denial of a constitutional right" necessary for the issuance of a certificate of appealability, see 28 U.S.C. § 2253(c)(2), no certificate shall issue.

IT IS SO ORDERED.

Dated: October 12, 2005

s/ JAMES M. ROSENBAUM
JAMES M. ROSENBAUM
United States Chief District Judge