UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
02-CR-13(JMR)

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Keith Bernard Crenshaw | ) | |

Defendant moves the Court to modify its Judgment and Commitment Order of December 4, 2002, which directed that he pay restitution.

Defendant has not shown why he cannot meet the restitution obligations set forth in the Order. Accordingly, defendant's motion [Docket No. 240] is denied without prejudice.

IT IS SO ORDERED.

Dated: December 12, 2006

s/ JAMES M. ROSENBAUM
JAMES M. ROSENBAUM
United States Chief District Judge